## Joseph Frierdich, Appellee, v. City of Belleville, Illinois, Appellant.

opinion filed March 1, 1941. L. N. Nick Perrin, Jr., for appellant; Farmer, Klingel & Baltz and Beasley & Zulley, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."